**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # 6

-------------------------------------------------------------

Fletcher

-v-

Perez

-------------------------------------------------------------

USCA NO. _____

SDNY NO. 07cv 3049

JUDGE: KMW

DATE: July 24, 2007

JUL 2 4 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
FIRM _____APPEALS SECTION_____
ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY_
_500 PEARL STREET, NEW YORK, NEW YORK 10007_
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------

DOCUMENTS                                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                          (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24Th Day of July, 2007.

**United States District Court for
the Southern District of New York**

Date: July 24, 2007

U.S.C.A. # _____

U.S.D.C. # 07 cv 3049

D.C. JUDGE KMW

----------------------------------------------------------

Fletcher

-v-

Perez

----------------------------------------------------------

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**             **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, HABEAS

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-03049-KMW
### Internal Use Only

Fletcher v. Perez
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/16/2007
Date Terminated: 06/19/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Nakia Fletcher.(laq) (Entered: 04/19/2007) |
| 04/16/2007 |  | Magistrate Judge Douglas F. Eaton is so designated. (laq) (Entered: 04/19/2007) |
| 04/16/2007 | 2 | 60 DAYS ORDER.... direct within sixty (60) days from the date of this order (Signed by Judge Kimba M. Wood on 4/16/7) (laq) (Entered: 04/20/2007) |
| 06/19/2007 | 3 | JUDGMENT in favor of Ada Perez against Nakia Fletcher. Pursuant to the order issued June 19, 2007 by the Honorable Deborah A. Batts, Acting Chief Judge, dismissing the petition under 28 U.S.C. 2254 as untimely, it is, ORDERED, ADJUDGED AND DECREED: That the petition be and it is hereby dismissed. 28 U.S.C. 2244(d). As the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. 2253(c). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/19/07) (dt) (Entered: 06/20/2007) |
| 06/19/2007 | 4 | ORDER OF DISMISSAL that for the reasons sest forth below, the petition for a writ of habeas corpus is dismissed as untimely. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. I certify purs to 28 USC 1915(a)(3) that any appeal form the instant order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/19/07) (cd). (Entered: 06/21/2007) |
| 07/16/2007 | 5 | NOTICE OF APPEAL from [3] Judgment. Document filed by Nakia Fletcher. Copies sent to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 07/23/2007) |
| 07/16/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Nakia Fletcher. $455.00 APPEAL FEE DUE. IFP REVOKED 6/19/07. COA DENIED 6/19/07.(tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/23/2007) |